JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEDEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-01363-JWH-JDE<br><br>District Judge: John W. Holcomb<br><br>**JUDGMENT** |

1

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JUAN MEDEL ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure on October 23, 2023.

Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $152,358.24 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: December 6, 2023

Hon. John W. Holcomb
United States District Judge